IN THE

TENTH COURT OF
APPEALS

 




 
 
 
 
 
 
 


 

 



No. 10-04-00299-CV

 

In re Michael Glenn Williams

 

 



Original
Proceeding

 

 



MEMORANDUM 
Opinion



 

 This petition for writ of mandamus is
dismissed for want of jurisdiction.  Tex. Gov’t Code § 22.221(b) (Vernon 2004).

 

                                                                        PER CURIAM

Before Chief Justice Gray,

Justice Vance, and

Justice Reyna

Dismissed for want of jurisdiction

Opinion delivered and filed October
 27, 2004

Publish

[OT06]